# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK MILLET,** | : | **CIVIL ACTION NO. 1:06-CV-0500** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **CHARLES ERICKSON,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 29th day of June, 2006, upon consideration of the notice of election (Doc. 10) filed by petitioner, and it appearing that petitioner wishes to withdraw his petition and file an all-inclusive petition under 28 U.S.C. §2254, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DEEMED withdrawn.

2. Petitioner's motion for appointment of counsel (Doc. 11) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                            /s/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge